BUCHANAN et al. v. GOODWIN et al.

(Circuit Court, D. Indiana. September 22, 1893.)

No. 8,774.

PATENTS FOR INVENTIONS—CONSTRUCTION OF CLAIMS—STRAW STACKER.

Letters patent No. 467,476, issued January 19, 1892, for the combination with a threshing machine of a pneumatic straw elevator and stacker, consisting of a fan, a trunk through which the straw is discharged, and various devices by which these parts are adapted to perform their work, cover a useful and valuable invention, and are entitled to a liberal construction.

In Equity. Suit by James Buchanan and the Indiana Manufacturing Company against Thomas L. Goodwin and Andrew J. Hoffman for infringement of a patent. Decree for complainants.

Chester Bradford, for complainants.
A. L. Mason, for defendants.

BAKER, District Judge. This is a bill in equity asking for an injunction and accounting on account of the alleged infringement of letters patent of the United States No. 467,476, issued to James Buchanan, January 19, 1892, on pneumatic straw elevators and stackers. The defendants have admitted the character in which the complainants sue, and their title to the letters patent in suit, to be as stated in their bill of complaint. Evidence showing infringment and the character and value of the invention has been taken by the complainants, but no evidence was taken on behalf of the defendants. The cause was heard on the evidence taken on behalf of complainants, and was argued by their counsel, no evidence or argument having been submitted on behalf of the defendants. The character of the invention is well stated in the testimony of Mr. Oscar W. Bond, complainants' expert. It consists, speaking in general terms, in the combination, with a threshing machine, of a pneumatic straw elevator, consisting

of a fan, a trunk through which the straw is discharged, and various devices by which these parts are adapted to properly perform the work of taking the straw from the threshing machine, and conveying the same to, and depositing it upon, a stack. So far as shown, the complainant Buchanan is the first inventor of a machine by means of which straw can be successfully taken from a threshing machine, and conveyed to, and deposited upon, a stack. Under a familiar rule he is entitled to a liberal construction of his patent. Parker v. Hulme, 1 Fish. Pat. Cas. 44; Sewing Mach. Co. v. Lancaster, 129 U. S. 263, 9 Sup. Ct. Rep. 299; Drill Co. v. Simpson, 29 Fed. Rep. 292; Parker v. Haworth, 4 McLean, 370; Sloat v. Patton, 1 Fish. Pat. Cas. 154. The evidence on behalf of the complainants is clear and satisfactory touching the utility and value of the apparatus, and the infringement of the 1st, 6th, 7th, and 9th claims of complainants' patent by the defendants is shown. The remaining claims of the patent are not in issue. It follows that complainants are entitled to the usual decree for an accounting and an injunction, and it is so ordered.